## 34116. HANNAH v. PUCKETT.

UNDERCOFLER, Presiding Justice.

This appeal is from the order of the trial court directing that the parties' 15-and 16-year-old-sons be jailed for refusing to visit with their father as provided in a divorce decree. Whatever the solution, if any, we are convinced a trial court cannot jail children for refusing to visit their father.

*Judgment reversed. All the Justices concur.*

ARGUED NOVEMBER 14, 1978 — DECIDED DECEMBER 5, 1978.

*Garland, Nuckolls, Kadish, Cook & Weisensee, Mark J. Kadish, Rhonda A. Brofman, for appellant.*

*Howe & Sutton, Donald B. Howe, Jr., for appellee.*